**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kerry Brown,                                                                 Civil No. 09-216 (DWF/FLN)

        Plaintiff,

v.                                                                                                  **ORDER**

Northwest Airlines,

        Defendant.

---

Kerry Brown, *Pro Se*, Plaintiff.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 19, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Application To Proceed *In Forma Pauperis*, (Doc. No. 2), is **DENIED**.

    2.    This action is **DISMISSED WITHOUT PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 20, 2009        s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        Judge of United States District Court